RECEIVED
NOV 29 2004
RICHARD MILLS
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

E-FILED
Wednesday, 01 December, 2004 03:05:20 PM
Clerk, U.S. District Court, ILCD

11/24/04

To the honorable Judge Mills,

I am contacting you on the behalf of the agreement we had the day I was sentenced. I know that the U.S. attorney has one year to file a Rule 35 motion but I was under the impression that I would not be forgotten. I have sent letters to my lawyer I have called I get no response from. I think I have the right to be informed of what's going on since I have already continually cooperated and I have gotten nothing in return but a promise. I want a new Public Defender I don't feel my lawyer did his job or is doing it now. So please take him from my case and represent me someone new. My father is very sick with cancer he's may not live very much longer. In court I'm said to send me somewhere in Illinois but I went to Texas. I also was suppose to go to my grandma's funeral that didn't happen. Every promise that has been made to me has been broken. All I know is that I helped the government and even testified and I

got 10 years and sent 1200 miles from my family. I take full responsibility for my actions. All I am asking for is some reassurance. Please! find for an attorney who wants to do his job. Please contact me as soon as possible. Thank you for your time.

Sincerely,
Brandi Aces

Name Brandi Ellis
Reg. No. 14601-026
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, Tx 76127

Legal Mail

Richard Mills
151 Federal Building
600 E. Monroe
Springfield, IL



FORT WORTH TX 761
26 NOV 2008 PM