RECEIVED
JUN - 9 2005
RICHARD MILLS
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

CASE NO. 03 E-FILED
Friday, 17 June, 2005 10:45:09 AM
Clerk, U.S. District Court, ILCD

May 28, 2005

To the honorable Judge Mills,

I am writing to you on behalf of my prior case when I was sentenced your honor it was promised and put to me in writing I would get a rule 35 downward departure for my cooperation within a year July 19 2005 will be one year I feel time is running out and the government has forgotten about me I don't want to be just another number lost in the system. As I recall on that day July 19 2004 when my Co-defendent Patricia Logsdon and I sat in your court room and you told the US attorney that a partial down ward now and then a partial departure later would be fine she said no which was Mrs. Mc Cernery she promised it would be in our best interest to wait for the government to file a rule 35 motion which has to be filed one year to the day you were sentenced and not one day after. So please your honor can you contact someone in getting this motion filed and I would also like new counsel my attorney doesn't accept my calls or stay in contact with me, he never really has been a very good attorney to be honest. I fully cooperated with the government I was honest I told them information and I testified on David Brunz and got him convicted and 14 year So I feel I do deserve my downward depart

The Regional office here will not designate me to a camp because I have to much time. I had mentioned to them that I am awaiting a downward departure they said to get a sentance rededuction would send me to camp which is Pekin. Since my incarceration I have completed the 40 hr. drug program and a nursing program. I also have lost my grandmother who was a mother to me. And then on Dec 20 lost my father who carried half of my heart. I never went to his funeral or got to say good-bye and I deal with this issue everyday. My mom left when I was 2. my grandma and father raised me I lost them both in a matter of 6 months I don't want pity all I want is the rightful sentance. I've kept my end of the bargain now you keep yours please. I just want to get resentanced and be closer to home so I can see my son every weekend he's all I have left. So I'm asking take a minute to look into this and file this motion Rule 35 so I can be done. Chris Gulker is sentance and done they don't need me anymore. Thank you for your time. I'll be waiting to hear from you.

Sincerely,
Brandi Ellis