IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-30010 |
| | ) | |
| BRANDI R. ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR REDUCTION OF SENTENCE

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Patricia A. McInerney, pursuant to Federal Rule of Criminal Procedure 35(b)(1), moves for a reduction of the defendant's sentence in order to reward her substantial assistance to the government and states:

1.  This Court sentenced the defendant on July 19, 2004, to 121 months imprisonment. Judgment was entered on the sentence on July 23, 2003. At the time of her sentence hearing, the defendant was rendering assistance to the government in its investigation of other criminal offenses which was not complete. That assistance is now complete.

2. The defendant has rendered substantial assistance to the United States and is entitled under Federal Rule of Criminal Procedure 35(b)(1) to a reduction in her sentence. The defendant's cooperation rendered the government substantial assistance in the investigation and prosecution of other individuals in cases, *United States v. Christopher Gilker*, 03-30010, *United States v. Joshua Calvert*, 04-30018, and testified on behalf of the government in *United States v. David Bruns*, 02-30051, all of which were involved in the distribution of controlled substances. Based on the nature and extent of the defendant's cooperation, the government recommends that this court conduct a hearing to determine the value of the defendant's substantial assistance to the government.

3. This motion is timely since it is filed pursuant to Rule 35(b)(1) which gives a district court authority to reduce a sentence upon motion by the government which is filed within one (1) year of sentencing for substantial assistance rendered to the government by the defendant at the time of sentencing or within one year thereof.

WHEREFORE, the government requests that the Court conduct a hearing pursuant to Federal Rule of Criminal Procedure 35(b)(1) to reduce the defendant's sentence based on the substantial assistance rendered by the defendant to the United States.

        Respectfully Submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY


        s/ Patricia A. McInerney
        Patricia A. McInerney, 0782440 (Illinois)
        Assistant United States Attorney
        318 South Sixth Street
        Springfield. IL 62701
        Phone: (217) 492-4450
        patricia.mcinerney@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>R. John Alvarez
>Attorney for Brandi Ellis

I hereby certify that on July 14, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

>Brandi Ellis, #14001-026
>FMC Carswell
>Post Office Box 27137
>Fort Worth, TX  76127

>s/    Patricia A. McInerney
>Patricia A. McInerney, 0782440 (Illinois)
>Assistant United States Attorney
>318 South Sixth Street
>Springfield, IL 62701
>(217) 492-4450
>Fax: (217) 492-4512
>patricia.mcinerney@usdoj.gov