IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-30010 |
| ) | |
| BRANDI R. ELLIS and PATRICIA ) | |
| I. LOGSDON, ) | |
| ) | |
| Defendants. ) | |

ORDER

RICHARD MILLS, U.S. District Judge:

The Government has filed motions under Federal Rule of Criminal Procedure 35(b)(1) to reduce the Defendants' sentences based on the substantial assistance they have rendered. The Government requests that the Court set the matter for hearing.

Ergo, the hearing on the Government's motion to reduce the sentence of Brandi R. Ellis is hereby scheduled for October 3, 2005 at 2:30 p.m. The hearing on the motion to reduce the sentence of Patricia I. Logsdon is scheduled for October 3, 2005 at 3:00 p.m.

ENTER: July 15, 2005

FOR THE COURT:

s/Richard Mills
United States District Judge