E-FILED
Tuesday, 22 November, 2005  02:46:00 PM
Clerk, U.S. District Court, ILCD
(NOTE: Identity changes with e-verified.)

FILED

AO 245C   (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

OCT 11 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL    District of    ILLINOIS

UNITED STATES OF AMERICA
V.
BRANDI R. ELLIS

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: 03-30010-003
USM Number: 14001-026
John Alvarez
Defendant's Attorney

**Date of Original Judgment:** 7/19/2004
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
- [ ] Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- [✓] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- [ ] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- [ ] Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant   [ ] 28 U.S.C. § 2255 or [ ] 18 U.S.C. § 3559(c)(7)
- [ ] Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
- [✓] pleaded guilty to count(s)   1
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 846 and 841(a)(1) | Conspiracy to manufacture and distribute 50 or more grams of methamphetamine | 12/2002 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/3/2005
Date of Imposition of Judgment

s/Richard Mills
Signature of Judge

RICHARD MILLS    US DISTRICT JUDGE
Name of Judge    Title of Judge

10/3/2005
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/Christy Taylor
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 10/14/2005

AO 245B    (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:  Brandi R. Ellis
CASE NUMBER: 3:03-CR-30010-003

Judgment — Page  2  of  6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of  72 months

[x]    The court makes the following recommendations to the Bureau of Prisons:

1.    That Defendant be placed in a facility as near to Quincy, Illinois as possible.
2.    That Defendant be placed in a facility with an Intensive Drug Treatment Program.

[x]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:

[ ]    at _____ [ ] a.m. [ ] p.m.  on _____ .

[ ]    as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ]    before    on _____ .

[ ]    as notified by the United States Marshal.

[ ]    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Bus

Defendant delivered on ____10/31/03____ to ___FMC CRW___

at __FW TX__ , with a certified copy of this judgment.    Ginny Van Buren
Warden

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL