**E-FILED**
Thursday, 29 December, 2005 04:13:13 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/STATEMENT OF REASONS/VIOLATION REPORT

Case Name: USA v BRANDI ELLIS

Case Number: 03-CR-30010

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*[signature: Nancy G. Vickers]*
U.S. Probation office

Date: 9/29/05